Exhibit "A"

## TRAC... & EQUIPMENT COMPAN... ("SELLER")

ACCOUNT NO._____

### SECURITY AGREEMENT-CONDITIONAL SALES CONTRACT NOTE

Subject to the Terms and Conditions contained herein, the Seller hereby agrees to sell, and the Buyer, having been offered both a cash sale price payable and a contract time price which permits the Buyer to purchase the equipment now but pay in installments over an extended period of time, hereby agrees to buy, the following described equipment on a contract time price basis set forth below. This is not a consumer transaction.

| SELLER NAME & ADDRESS | BUYER NAME & ADDRESS |
|---|---|
| Tractor and Equipment Company<br>5336 Airport Highway<br>P.O. Box 12326<br>Birmingham, Alabama<br>35202-2326<br>Seller may assign this contract to any entity. Any assignee and any subsequent assignee shall each hereinafter be referred to as "Holder". | LEGAL NAME: Earnest Chapman dba Earnest Chapman Logging<br>CORPORATION ☐  PARTNERSHIP ☐  JOINT VENTURE ☐  INDIVIDUAL ☐  LLC ☐<br>STREET ADDRESS: Route 3 Box 248<br>MAILING ADDRESS:<br>CITY: Goodwater   ST: AL   ZIP: 35072   TELEPHONE: 256-839-5378<br>FED I.D./SSN:                                                                 COUNTY: Coosa |

| EQUIPMENT DESCRIPTION | QTY. | MAKE/MODEL/DESCRIPTION/SERIAL NO. |
|---|---|---|
| One Komatsu Model D65E-12 Dozer, serial number J10101. | | |

### TRADE-IN EQUIPMENT DESCRIPTION

| | | | | | AMOUNT |
|---|---|---|---|---|---|
| MAKE | Komatsu | | | 1. EQUIPMENT PRICE | $178,500.00 |
| YEAR/MODEL | D65E-? | | | | |
| DESCRIPTION | Dozer | | | 2. DELIVERY, INSTALLATION, REPAIR OR OTHER SERVICE CHARGES IF ANY | .00 |
| SERIAL NO. | 28970 | | | | |
| ALLOWANCE | $30,000.00 | | | 3. SALES (GROSS RECEIPTS) TAX | 4,455.00 |
| AMOUNT OWING (IF ANY) | .00 | | | | |
| NET TRADE-IN ALLOWANCE | $30,000.00 | | | 4. CASH SALES PRICE (INVOICE, TAX & SERVICE CHARGES) | $182,955.00 |

### SCHEDULE OF PAYMENTS

BUYER AGREES TO PAY SELLER OR HOLDER THE "TOTAL OF PAYMENTS" (ITEM 10) IN ACCORDANCE WITH THE FOLLOWING SCHEDULE. PAYMENTS IN NUMBER AND AMOUNT ARE DUE EACH SUCCESSIVE MONTH ON THE SAME DATE AS THE STARTING DATE.

| NO. OF PAYMENTS | STARTING DATE | ENDING DATE | AMOUNT OF EACH PAYMENT | TOTAL | | |
|---|---|---|---|---|---|---|
| 60 | 8/1/99 | 7/1/04 | $3,067.50 | $184,050.00 | 5a. CASH DOWNPAYMENT | .00 |
| | | | | | b. NET TRADE-IN ALLOWANCE | $30,000.00 |
| | | | | | TOTAL DOWNPAYMENT | $30,000.00 |
| | | | | | 6. UNPAID BALANCE OF CASH SALES PRICE (4 LESS 5) | $152,955.00 |
| | | | | | 7a. CERT OF TITLE, LIEN FILING FEES | 110.00 |
| | | | | | b. INSURANCE | .00 |
| TOTAL NO. OF PAYMENTS | 60 | | TOTAL OF PAYMENTS (ITEM 10) | $184,050.00 | c. OTHER | .00 |

### BUYER CHIEF PLACE OF BUSINESS INFORMATION

IF BUYER'S ACTUAL CHIEF PLACE OF BUSINESS (CHIEF EXECUTIVE OFFICE IF MORE THAN ONE PLACE OF BUSINESS) IS IN A PLACE OTHER THAN WHERE THE EQUIPMENT IS TO BE LOCATED, SPECIFY ACTUAL CHIEF PLACE OF BUSINESS.

| STREET ADDRESS | | | | TOTAL ADDITIONAL CHARGES | 110.00 |
|---|---|---|---|---|---|
| CITY | COUNTY | ST | | 8. UNPAID BALANCE (AMOUNT FINANCED) (TOTAL OF 6 AND 7) | $153,065.00 |
| | | | | 9. FINANCE CHARGE | 30,985.00 |
| THIS SALE IS ☐ IS NOT ☐ CONTINGENT UPON SELLER BEING ABLE TO ASSIGN CONTRACT ON TERMS WHICH ARE SATISFACTORY TO THE SELLER. | | | | 10. TOTAL OF PAYMENTS (TOTAL OF 8 AND 9) | $184,050.00 |

**Security Interest:** In order to secure payment of the indebtedness incurred hereunder, Buyer hereby grants to Holder a security interest in and to the equipment sold above, together with all attachments, accessions, and proceeds, including amounts payable under any insurance policies with respect thereto (the "Equipment").
**Arbitration:** Any and all disputes, controversies, or claims arising between Holder (including the Seller) and Buyer and any guarantor, whether arising out of or relating to this Contract or otherwise, shall be resolved by mandatory binding arbitration except that Holder may bring a lawsuit in a judicial forum to repossess the Equipment or any collateral and/or to recover a money judgment. The filing of such an action by Holder does not alter nor diminish the parties agreement that any other type of dispute still must be resolved through binding arbitration. This arbitration agreement is governed by the Federal Arbitration Act. All disputes of fact, procedure, and law -- be the law statutory, administrative, case, or regulatory -- shall be resolved by the arbitrator. The arbitrator may order any remedy that a court has the power to award. The award can be enforced in any court with competent jurisdiction. The arbitrator shall be selected jointly by the Buyer and Holder or Seller as the case may be. If they cannot agree on an arbitrator, they shall select a single arbitrator in accord with the commercial rules of the American Arbitration Association. Any arbitration involving Seller will be held in Birmingham, Alabama.
**Jury Waiver:** Seller, Holder, Buyer, and any guarantor hereby waive any right to trial by jury that any of them may have in any action between or among any of them that is not subject to arbitration. The arbitration and jury waiver provisions shall survive any assignment hereof and shall continue to bind the parties hereto in any dispute subsequent to assignment between Seller and Buyer or any guarantor.
**NOTICE TO BUYER:** 1. Do not sign this contract before you read it or if it contains blank spaces. 2. You are entitled to an exact and completely filled-in copy of the contract you sign. 3. Keep this contract to protect your legal rights. 4. Additional terms are contained on the reverse side hereof.
BUYER ACKNOWLEDGES RECEIPT OF AN EXACT COPY OF THIS COMPLETED CONTRACT SIGNED BY SELLER.

BUYER: Earnest Chapman dba Earnest Chapman Logging

X _[signature]_

CO-SIGNER:_____

CONTRACT EFFECTIVE DATE: June 22, 1999
DELIVERY DATE (IF DIFFERENT):_____
FINANCE ACCRUAL DATE (IF DIFFERENT):_____
APPROVAL OF TRACTOR & EQUIPMENT COMPANY:
BY: _[signature]_   President