Exhibit "C"

| | |
|---|---|
| 1. Return copy of recorded original _____ ament to:<br><br>Tractor & Equipment Company<br>5336 Airport Highway<br>Birmingham, Alabama 35201<br><br>Pre-paid Acct. #_____ | THIS SF ____ OF FILING OFFICER<br>Date: Ti    Filing Office<br><br>Sec. of State Alabama<br>B 1999-26817 FS<br>Date 6/24/1999<br>Time 10:51 AM<br>File $10.00<br>ExpPg $.00<br>ExNm $1.00<br>Form $11.00 |
| 2. Name and Address of Debtor        (Last Name First if a Person)<br><br>Chapman, Earnest dba<br>Earnest Chapman Logging<br>Route 3 Box 248<br>Goodwater, Alabama 35072<br><br>Social Security/Tax ID #_____ | |
| 2A. Name and Address of Debtor   (IF ANY)   (Last Name First if a Person)<br><br><br><br>Social Security/Tax ID #_____<br>☐ Additional debtors on attached UCC-E | FILED WITH: |
| 3. NAME AND ADDRESS OF SECURED PARTY) (Last Name First if a Person)<br><br>Tractor & Equipment Company<br>5336 Airport Highway<br>Birmingham, Alabama 35201<br><br>Social Security/Tax ID #_____<br>☐ Additional secured parties on attached UCC-E | 4. NAME AND ADDRESS OF   (IF ANY)   (Last Name First if a Person)<br>ASSIGNEE OF SECURED PARTY<br><br>Orix Credit Alliance<br>125 Town Park Drive<br>Kennesaw, GA 30144 |

5. The Financing Statement Covers the Following Types (or items) of Property:

One Komatsu Model D65E-12 Dozer, serial number J10101.

5A. Enter Code(s) From Back of Form That Best Describes The Collateral Covered By This Filing:

C-03-17440

Check X if covered: ☐ Products of Collateral are also covered.

6. This statement is filed without the debtor's signature to perfect a security interest in collateral (check X, if so)
☐ already subject to a security interest in another jurisdiction when it was brought into this state.
☐ already subject to a security interest in another jurisdiction when debtor's location changed to this state.
☐ which is proceeds of the original collateral described above in which a security interest is perfected.
☐ acquired after a change of name, identity or corporate structure of debtor
☐ as to which the filing has lapsed.

7. Complete only when filing with the Judge of Probate:
The initial indebtedness secured by this financing statement is $_____
Mortgage tax due (15¢ per $100.00 or fraction thereof) $_____

8. ☐ This financing statement covers timber to be cut, crops, or fixtures and is to be cross indexed in the real estate mortgage records (Describe real estate and if debtor does not have an interest of record, give name of record owner in Box 5)

Signature(s) of Secured Party(ies)
(Required only if filed without debtor's signature — see Box 6)

_____
Signature(s) of Debtor(s)

_____
Signature(s) of Secured Party(ies) or Assignee

Signature(s) of Debtor(s)
Earnest Chapman Logging
Type Name of Individual or Business

Signature(s) of Secured Party(ies) or Assignee
Tractor & Equipment Company
Type Name of Individual or Business

(1) FILING OFFICER COPY - ALPHABETICAL
(2) FILING OFFICER COPY - NUMERICAL
(3) FILING OFFICER COPY-ACKNOWLEDGEMENT
(4) FILE COPY - SECURED PARTY
(5) FILE COPY DEBTOR(S)

STANDARD FORM — UNIFORM COMMERCIAL CODE — FORM U
Approved by The Secretary of State of Alabama