IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 28 P 3: 08

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., a New York corporation, | |
| Plaintiff, | CASE NO. CV-05- 2:05CV1233-C |
| V. | |
| EARNEST CHAPMAN, an individual, | |
| Defendant. | |

## MOTION FOR HEARING ON PRE JUDGMENT SEIZURE
(Fed. R. Civ. P. R. 64)

COMES NOW ORIX FINANCIAL SERVICES, INC., by and through counsel, in the above styled case and moves this Honorable Court to conduct a preliminary hearing with respect to the prejudgment seizure of certain property, Fed. R. Civ. P. R. 64, described in its complaint filed contemporaneously with this motion.

Respectfully submitted on December 27, 2005.

                                            Memory Day & Azar

                        By: _____
                                          William D. Azar
                                          ASB-3731-Z59W

                                          Von G. Memory
                                          ASB-8137-071V

                                          James L. Day
                                          ASB-1256-A55J

                                          Attorneys for Orix Financial
                                          Services, Inc.

OF COUNSEL:

Memory Day & Azar
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001