Exhibit "A"

### Brenowitz, Howard

**From:** Bosley, Larry
**Sent:** Monday, November 07, 2005 8:43 AM
**To:** Brenowitz, Howard
**Cc:** Kirkpatrick, Pamela
**Subject:** Earnest Chapman

On 11/1/05 I finally got up with Earnest Chapman and agreed to meet him at his house.He gave me directions and I was there within a few minutes.Upon arrival Earnest was outside standing beside his truck and his wife was on the porch. As I approached Earnest, he seemed aggetated and pacing up and down. I walked over to him and asked if he was Earnest,as I have never met the man before only spoken to him on the phone.He reply " who the hell did you come to see". Without any further delay I advised him I was there to pickup Orix's equipment and needed direction from him as to location.He replied you know where it's at. I told him if I knew I wouldn't be there asking for directions.Earnest then starts in on how Orix wouldn't work with him that he could get the money to pay the dozer off just needed some time .I told him Orix was not interested in working with him ,he was out of bankrupcy and was 3 years past due on the account and they wanted their equipment back.Earnest then stated did Orix feel he was some kind of fool that he was going to pay them $183,000 on a dozer and trailer worth maybe $60,000. I replied that he was acting like one. He then reached into his pocket and pulled out a knife ,opened it and pointed it at me and said "your in my yard and your calling me a fool, I'll come over there and cut your f—— head off and started towards me.I told him I wasn't there to cause trouble but I would be back with the sheriff's department to get Orix's equipment. He then said "we'll just settle this now" and started towards me faster . I was able to get my car door open and got partially in when he pulled the door from my hand and started in my truck. I managed to crab the arm rest and pull the door closed an locked it before he got all the way in. Earnest was now standing by my window still threating me to get and an settle this now. By this time his wife and daughter had arrived by my truck yelling at Earnest to put his knife away and his daughter telling me to leave. I started my truck and started to back out when I saw Earnest walk over to a junk truck and grab a pipe and start back towards me. I pulled out of the drive before he reached my truck and headed into town to file a police report.The chief of police who took the report indicated he knew. Earnest as though he has been to his house before. No charges have been brought against Earnest as I felt no-one got hurt and I was able to defuse the problem without anyone getting hurt.Copy of police report to follow.Larry Bosley

11/7/2005