IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV1233-MEF |
| ) | |
| EARNEST CHAPMAN, ) | |
| ) | |
| Defendant. ) | |

ORDER

In accordance with the order referring this case to the Magistrate Judge for the purpose of conducting a hearing to determine whether a prejudgment seizure order should be entered, it is

ORDERED that a prejudgment seizure hearing be and is hereby set on January 18, 2006, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to serve this order on the defendant.

Done this 6th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE