# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 1/18/06 | AT | 2:59 P.M. TO 3:12 P.M. |
| DATE COMPLETED: 1/18/06 | AT | FTR RECORDING |

ORIX FINANCIAL SERVICES, INC.

    Plaintiff

vs..

CASE NO. 2:05CV1233-F-CSC

EARNEST CHAPMAN

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Von G. Memory | | Not Present |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON

---

( X ) OTHER PROCEEDINGS:     *__PREJUDGMENT SEIZURE WRIT HEARING__*

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Prejudgment Seizure Writ hearing = 2:05cv1233-F | | |
|---|---|---|---|
| Date | 1/18/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2:59:13 PM | Court | Court convenes; Discussion regarding contact with deft; |
| 2:59:22 PM | Atty. Memory | Addresses the court as to having contact with counsel for Deft; Not under bankruptcy any longer; Indicated their non appearance at proceedings; Mr. Bosley is present in court and can present testimony re: altercation w/Mr. Chapman; |
| 3:00:51 PM | Court | Proceeding on basis of a proffer; |
| 3:00:59 PM | Atty. Memory | Proffer to the court; Request leave to clear logs; |
| 3:07:26 PM | Court | Discussion as to the proposed order sent to deft; |
| 3:07:40 PM | Atty. Memory | The order was changed to include a statement that gives Orix leave to clear the logs; |
| 3:08:09 PM | Court | Who's property is it on? |
| 3:08:18 PM | Mr. Bosley | On International Paper; |
| 3:08:19 PM | Court | Have they been made aware of this? |
| 3:08:19 PM | Mr. Bosley | No. |
| 3:08:42 PM | Court | Response; Discussion that the people who own the property where the logs are located should be notified; They might have some objections |
| 3:09:22 PM | Mr. Bosley | Response re: contact w/ Rock Springs; |
| 3:09:45 PM | Court | They are the representative of or working for International Paper?; |
| 3:09:49 PM | Mr. Bosley | Response; |
| 3:10:07 PM | Court | Addresses issue of sending people in to secure the dozier; |
| 3:10:33 PM | Atty. Memory | Request leave to make contact with them; |
| 3:11:07 PM | Mr. Bosley | Addresses the court as to the property location; |
| 3:11:14 PM | Court | Discussion as to having some permission; |
| 3:11:25 PM | Atty. Memory | Response re: putting that condition in an order; |
| 3:11:35 PM | Court | You can modify the order to include that; It needs to be signed by Judge Fuller; Prepare it for his signature and get that back to the court this afternoon. |
| 3:12:06 PM | Court | Court is rcessed. |