IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1233-MEF |
| ) | |
| EARNEST CHAPMAN, individually ) | |
| and d/b/a Earnest Chapman Logging, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #16) filed on August 29, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 21, 2006.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before September 14, 2006. The plaintiff may file a reply brief on or before September 21, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 30th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE