IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

IN RE:

ORIX FINANCIAL SERVICES, INC., A
NEW YORK CORPORATION

    Plaintiff

V.

EARNEST CHAPMAN, an individual,

    Defendant

CASE NO. CV-05-1233-MEF

2006 OCT 13 P 2: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the parties, by and through their attorneys, and report to the court that the attorneys for the parties met in a face to face settlement conference in Montgomery, Alabama, on October 13, 2006, at the offices of Memory & Day, and negotiated in good faith as to the settlement of the above styled matter and as to the resolution of the matter otherwise. The parties have discussed settlement from time to time over the last several months but are unable to resolve this matter by settlement. However, Harry Long, counsel for the Defendant, also suggested that a retainer had been paid to his firm and the Defendant is expected shortly to appear in his office for the purpose of filing a petition for an order of relief under Chapter 7 of the United States Bankruptcy Code.

    Respectfully submitted on October 13, 2006.

Memory & Day

Von G. Memory
ASB-8137-071V

James L. Day
ASB-1256-A55J

Attorneys for Plaintiff

Harry P. Long
ASB-0546-N77H
Attorney for Defendant


OF COUNSEL

Memory & Day
P.O. Box 4054
Montgomery, Alabama
36103-4054
Tel (334) 834-8000
Fax (334) 834-8001


Harry P. Long, Esq.
P.O. Box 1468
Anniston, AL 36202
Tel (256) 237-3266
Fax (256) 237-3268

- 2 -