IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1233-MEF |
| ) | |
| EARNEST CHAPMAN, individually ) | |
| and d/b/a Earnest Chapman Logging, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that a status conference is set in this case for October 26, 2006 at 9:00 A.M. by conference call arranged by counsel for the plaintiff.

DONE this 20th day of October, 2006.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE