IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-1233-MEF |
| | ) |
| EARNEST CHAPMAN, individually | ) |
| and d/b/a Earnest Chapman Logging, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that Defendant Earnest Chapman shall appear in person at the pretrial hearing on **November 28, 2006** at **10:00 a.m.**

DONE this the 20th day of November, 2006.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE