IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC.,   )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>EARNEST CHAPMAN, individually   )<br>and d/b/a Earnest Chapman Logging,   )<br>)<br>Defendant.   ) | CASE NO. 2:05-cv-1233-MEF |

## **O R D E R**

The parties have informed the Court that the Defendant intends to file for bankruptcy. It is therefore ORDERED that:

1. The pretrial hearing set for November 28, 2006 and the deadline for filing the proposed pretrial order are CONTINUED generally until further Order of this Court.

2. By December 15, 2006, either a suggestion of bankruptcy or a joint status report must be filed with this Court.

DONE this the 22nd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE