IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **ORIX FINANCIAL SERVICES, INC.** ) | |
| ) | |
| ) | |
| **PLAINTIFF** ) | |
| VS. ) | |
| ) | |
| ) | CASE NO. 2:05-cv-1233-MEF |
| **EARNEST CHAPMAN, individually** ) | |
| **and d/b/a Earnest Chapman Logging,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## SUGGESTION OF BANKRUPTCY

      Comes now the undersigned, HARRY P. LONG, for the limited purposes of providing to this Court notice of a Bankruptcy concerning the Defendant, EARNEST CHAPMAN filed on the 22nd day of November 2006 in the United States Bankruptcy Court for the Northern District of Alabama, Eastern Division, and having case number 06-41755.

    **DATED:**   This the /s/ 28th  day of November  2006.

                                                     /s/ Harry P. Long

                                            _____
                                            Harry P. Long
                                            Attorney for Defendant
                                            PO Box 1468
                                            Anniston AL 36202
                                            (256) 237-3266

## CERTIFICATE OF SERVICE

    I, HARRY P. LONG, hereby certify that a copy of the foregoing was served on James L. Day, Attorney for Plaintiff, P.O. Box 4045, Montgomery, AL 36103 by placing a copy of the same in the U.S. mail, properly addressed and first class postage prepaid, on this the /s/ 28th day of November 2006.

                                                     /s/ Harry P. Long
                                            _____
                                            Harry P. Long