IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>EARNEST CHAPMAN, individually )<br>and d/b/a Earnest Chapman Logging, )<br>)<br>    Defendant. ) | CASE NO. 2:05-cv-1233-MEF |

## **O R D E R**

Upon consideration of Defendant's Suggestion of Bankruptcy (Doc. # 25), filed on November 28, 2006, it is hereby ORDERED that:

1. Any opposing party shall show cause, if any there be, on or before December 15, 2006, why the attached order should not be entered.

2. All deadlines set by and proceedings before Chief United States District Judge Mark E. Fuller in this action, including the January 8, 2007 trial setting, are CONTINUED generally until further Order of this Court.

DONE this 1st day of December, 2006.

                                                       /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ORIX FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1233-MEF |
| | ) | |
| EARNEST CHAPMAN, individually | ) | |
| and d/b/a Earnest Chapman Logging, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

The Defendant, Earnest Chapman, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That Defendant, Earnest Chapman, is hereby DISMISSED without prejudice from the above-styled case. Any party has the right to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

The Clerk of the Court is DIRECTED to mail a copy of this order to the United States

Bankruptcy Court for the Northern District of Alabama.

DONE this ____ day of November, 2006.